IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN SEYBOLDT, <br><br> Plaintiff, <br><br> v. <br><br> LINDE INC., *et al.*, <br><br> Defendants. | Civil Case No.: 3:23-cv-00209 <br><br> **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Defendants Linde Inc., Linde U.S. Pension Plan, and the Administrative and Investment Committee for the Linde U.S. Retirement Plans (collectively "Defendants"), by and through their undersigned attorneys, hereby move this Court for an order dismissing Plaintiff's Complaint in its entirety, with prejudice, pursuant Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), and for such other and further relief as this Court may deem just and proper. In support of this motion, Defendants file herewith their Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Complaint, the Declaration of Shaun Gates in Support of Defendants' Motion to Dismiss, and accompanying Exhibits.

Dated: March 2, 2023

Respectfully submitted,

**LITTLER MENDELSON P.C.**

By: */s/ Lori B. Alexander*
Lori B. Alexander (CT08970)
One Century Tower
265 Church Street, Suite 300
New Haven, CT 06510
Tel: (203) 974-8700
Fax: (203) 974-8799
Email: LAlexander@littler.com

**ORAL ARGUMENT REQUESTED**

**GROOM LAW GROUP, CHARTERED**

Michael L. Junk, *pro hac vice* forthcoming
Shaun A. Gates, *pro hac vice* forthcoming
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
Email: mjunk@groom.com
Email: sgates@groom.com

COUNSEL FOR DEFENDANTS LINDE INC., THE LINDE U.S. PENSION PLAN, AND THE ADMINISTRATION AND INVESTMENT COMMITTEE FOR THE LINDE U.S. RETIREMENT PLANS

**ORAL ARGUMENT REQUESTED**

# CERTIFICATE OF SERVICE

I certify that that on March 2, 2023, I caused the foregoing MOTION TO DISMISS PLAINTIFF'S COMPLAINT to be served on Plaintiff's counsel via e-mail and first class mail:

Christen Archer Pierrot, Esq.
3959 N. Buffalo Rd., Suite #33
Orchard Park, New York 14127
cap@archerpierrot.com
*Attorney for Plaintiff*

Dated: March 2, 2023
/s/ *Lori B. Alexander*
Lori B. Alexander (CT08970)

COUNSEL FOR DEFENDANTS LINDE INC., THE LINDE U.S. PENSION PLAN, AND THE ADMINISTRATION AND INVESTMENT COMMITTEE FOR THE LINDE U.S. RETIREMENT PLANS

**ORAL ARGUMENT REQUESTED**