**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| **ANN SEYBOLDT,** )  | |
| ) | **Civil Case No.: 3:23-cv-00209** |
| **Plaintiff,** ) | |
| ) | **APPEARANCE OF COUNSEL** |
| **v.** ) | |
| ) | |
| **LINDE INC.,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

TO:    The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants:    LINDE INC.; LINDE U.S. PENSION PLAN; and the ADMINISTRATIVE AND INVESTMENT COMMITTEE FOR THE LINDE U.S. RETIREMENT PLANS.

Dated:  March 6, 2023                          Respectfully submitted,

                                                      **GROOM LAW GROUP, CHARTERED**

                                                      By:    /s/  Michael L. Junk
                                                      Michael L. Junk, *pro hac vice*
                                                      1701 Pennsylvania Ave. NW
                                                      Washington, DC 20006
                                                      Tel: (202) 857-0620
                                                      Fax: (202) 659-4503
                                                      Email: mjunk@groom.com

                                                      COUNSEL FOR DEFENDANTS LINDE
                                                      INC., THE LINDE U.S. PENSION PLAN,
                                                      AND THE ADMINISTRATION AND
                                                      INVESTMENT COMMITTEE FOR THE
                                                      LINDE U.S. RETIREMENT PLANS

## **CERTIFICATE OF SERVICE**

I certify that that on March 6, 2023, the foregoing APPEARANCE OF COUNSEL was filed with the Clerk of Court via CM/ECF, which will automatically provide notice of the filing to all parties registered with the Court's CM/ECF system.

I further certify that I caused a copy of the foregoing APPEARANCE OF COUNSEL to be served on the following unregistered CM/ECF users via e-mail and first class mail:

Christen Archer Pierrot, Esq.
3959 N. Buffalo Rd., Suite #33
Orchard Park, New York 14127
cap@archerpierrot.com
*Attorney for Plaintiff*

Dated:  March 6, 2023                              /s/  Michael L. Junk
                                                   Michael L. Junk

                                                   COUNSEL FOR DEFENDANTS LINDE
                                                   INC., THE LINDE U.S. PENSION PLAN,
                                                   AND THE ADMINISTRATION AND
                                                   INVESTMENT COMMITTEE FOR THE
                                                   LINDE U.S. RETIREMENT PLANS