# CAP

## Christen Archer Pierrot, Esq.
### ATTORNEY AT LAW

June 20, 2023

*Via CM/ECF*
Brien McMahon Federal Building
Hon. Stefan R. Underhill, USDJ
United States Courthouse
915 Lafayette Boulevard
Suite 411
Bridgeport, Connecticut 06604

RE:  Seyboldt v. Linde, Inc., *et al.*, 3:23-cv-00209-SRU

Dear Judge Underhill:

On April 4, 2023, Plaintiff moved this Court, on consent, to either temporarily stay the proceedings in the above-referenced matter or to extend Plaintiff's time to respond to Defendants' motion to dismiss. The next day, this Court granted the motion and temporarily stayed the proceedings until further order by the Court. The Court also directed Plaintiff to file a status report within 90-days, or July 4, 2023. Please allow this correspondence to serve as Plaintiff's status report.

As Plaintiff's counsel, I believe myself to be able to properly resume work in this case as of July 13, 2023. Counsel for the parties have discussed and agreed that, with the Court's permission, Plaintiff will file her response to Defendants' motion to dismiss on or before August 4, and Defendants will file their reply on or before August 18.

Thank you for your kind consideration in this regard.

Very truly yours,

_____
Christen Archer Pierrot, Esq.

cc:   Ann Seyboldt (via email)
      Michael L. Junk, Esq.

---

MAIL & OFFICE:   3959 N. BUFFALO RD., SUITE #33, ORCHARD PARK, NEW YORK 14127
TELEPHONE:       +1 716 553 9899
FACSIMILE:       +1 716 810 1786
E-MAIL:          CAP@ARCHERPIERROT.COM
WEB:             WWW.ARCHERPIERROT.COM